| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARISTANE SILVA,<br>    *Defendant.* | Criminal No. 08-422 (JLL) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARA SILVA,<br>    *Defendant.* | Criminal No. 08-423 (JLL) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMA SILVA,<br>    *Defendant.* | Criminal No. 08-424 (JLL) |

## ORDER REGARDING RESTITUTION INSTALLMENT PAYMENTS

WHEREAS, on or about January 10, 2011, Defendant Norma Silva moved for an order reducing her restitution installment payments from $500 per month to $100 per month;

WHEREAS, on or about January 25, 2011, Defendant Mara Silva moved for an order reducing her restitution installment payments from $1,000 per month to $100 per month;

WHEREAS, on or about February 8, 2011, Defendant Maristane Silva moved for an order reducing her restitution installment payments from $1,000 per month to $250 per month;

WHEREAS, the U.S. Attorney's Office has advised the Court that the sole victim entitled to restitution — the U.S. Department of Housing and Urban Development — opposes any reduction in Defendants' respective restitution installment payments;

WHEREAS, based upon the information that they provided to the U.S. Probation Office

material change in their economic circumstances that would warrant reducing their monthly installment payments;

It is hereby **ORDERED, ADJUDGED, AND DECREED** this 12th day of July, 2011:

**THAT** Defendant Maristane Silva's application for a reduction in restitution installment payments be and hereby is **GRANTED IN PART AND DENIED IN PART**, with her installment payments reduced to $250 per month; and

**THAT** Defendant Mara Silva's application for a reduction in restitution installment payments be and hereby is **GRANTED**, with her installment payments reduced to $250 per month; and

**THAT** Defendant Norma Silva's application for a reduction in restitution installment payments be and hereby is **GRANTED**, with her installment payments reduced to $100 per month.

**THAT** defendants shall report any change in financial status to the U.S. Probation Office and U.S Attorney's Office Financial Litigation Unit and shall comply with requests for updated financial information.

_____
Honorable Jose L. Linares
United States District Judge