PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Maristane Silva            Cr.: 2:08CR00422-001
                                                                                        PACTS #: 51917

Name of Sentencing Judicial Officer: Honorable Jose L. Linares,
                                                United States District Court Judge

Date of Original Sentence: November 22, 2010.

Original Offense: Conspiracy to commit mail fraud.

Original Sentence: 36 months probation.

Type of Supervision: Probation.            Date Supervision Commenced: November 22, 2010.

## STATUS REPORT

U.S. Probation Officer Action:

On November 22, 2010, the offender was sentenced by Your Honor to three years probation. The following special conditions were imposed: eight months location monitoring, no new debt/credit, and occupational restrictions. She was also ordered to pay a $100 special assessment and $706,057.34 restitution.

Ms. Silva currently resides in Oakland, NJ. She is currently unemployed being supported by her son. We believe that Ms. Silva has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $10,000.00 towards her restitution obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Silva's term of supervision to expire as scheduled on November 21, 2013.

Respectfully submitted,

By: Beth L. Neugass
Supervising U.S. Probation Officer
Date: October 9, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ✓ ] Concur with the recommendation of the U.S. Probation Office. Case to expire on November 21, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/10/13
Date